

| | | | | Pay Group: | Tabor Acute Care | Advice #: | 4339994 |
|---|---|---|---|---|---|---|---|
| | | | | Pay Begin Date: | 4/11/2021 | Advice Date: | 4/29/2021 |
| | | | | Pay End Date: | 4/24/2021 | | |

| Lokey, Alexis | Employee ID: 32311 | TAX DATA: | Marital Status | Exemptions |
|---|---|---|---|---|
| 8523 Temple Rd | Department: 15947 | Federal: | Single | 00006 |
| Philadelphia, PA 19150 | Process Level: 1015 | State: | Single | 00000 |
| | | Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS / TAXES

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Day | 28.4138 | 80.00 | 2,273.10 | 604.00 | 17,161.91 | Federal Tax Withheld | 91.31 | 903.63 |
| Bereavement | | | 0.00 | 16.00 | 454.62 | Soc Sec Tax Withheld | 129.12 | 1,174.50 |
| Additional Services | | | 0.00 | 0.00 | 200.00 | Medicare Tax Withhld | 30.20 | 274.68 |
| Sick Hrs | | | 0.00 | 32.00 | 909.24 | Pennsylvania Tax | 63.94 | 581.60 |
| PTOReg | | | 0.00 | 68.00 | 1,932.14 | PA Unemployment | 1.36 | 12.39 |
| | | | | | | Philadelphia Tax | 88.00 | 799.74 |
| Total: | | 80.00 | 2,273.10 | 720.00 | 20,657.91 | Total: | 403.93 | 3,746.54 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| VBA | 8.56 | 77.04 | EHN Dental Services | 50.00 | 150.00 | | | |
| Aetna DMO | 15.85 | 142.65 | STDPREM6 | 24.96 | 224.64 | | | |
| Fidelity Pre Tax % | 113.66 | 340.98 | Cafe | 0.00 | 6.55 | | | |
| HRAPPOEE | 166.07 | 1,494.63 | | | | | | |
| Total: | 304.14 | 2,055.30 | Total: | 74.96 | 381.19 | Total: | 74.96 | 381.19 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,273.10 | 1,968.96 | 403.93 | 379.10 | 1,490.07 |
| YTD: | 20,657.91 | 18,602.61 | 3,746.54 | 2,436.49 | 14,474.88 |

### NET PAY DISTRIBUTION

| | | | | | Advice #4339994 | 1,490.07 |
|---|---|---|---|---|---|---|
| Available | 0.00 | Available | 0.00 | | Total: | 1,490.07 |



Advice Date  Advice No.
04/29/2021  4339994

## NON-NEGOTIABLE

### DIRECT DEPOSIT DISTRIBUTION

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Checking | xxxx5301 | $1,490.07 |
| Total: | | $1,490.07 |

**To The Account(s) Of**
ALEXIS LOKEY
8523 TEMPLE RD
PHILADELPHIA, PA  19150


**Einstein** HEALTHCARE NETWORK

| | | |
|---|---|---|
| Pay Group: Tabor Acute Care | Advice #: 4331579 |
| Pay Begin Date: 3/28/2021 | Advice Date: 4/15/2021 |
| Pay End Date: 4/10/2021 | |

Lokey, Alexis
8523 Temple Rd
Philadelphia, PA 19150

Employee ID: 32311
Department: 15947
Process Level: 1015

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00006 |
| State: | Single | 00000 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 28.4138 | 64.00 | 1,818.48 | 524.00 | 14,888.81 |
| Bereavement | 28.4138 | 8.00 | 227.31 | 16.00 | 454.62 |
| Additional Services | | | 0.00 | 0.00 | 200.00 |
| Sick Hrs | 28.4138 | 8.00 | 227.31 | 32.00 | 909.24 |
| PTOReg | | | 0.00 | 68.00 | 1,932.14 |
| Total: | | 80.00 | 2,273.10 | 640.00 | 18,384.81 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 91.31 | 812.32 |
| Soc Sec Tax Withheld | 129.12 | 1,045.38 |
| Medicare Tax Withhld | 30.19 | 244.48 |
| Pennsylvania Tax | 63.94 | 517.66 |
| PA Unemployment | 1.36 | 11.03 |
| Philadelphia Tax | 88.00 | 711.74 |
| Total: | 403.92 | 3,342.61 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| VBA | 8.56 | 68.48 |
| Aetna DMO | 15.85 | 126.80 |
| Fidelity Pre Tax % | 113.66 | 227.32 |
| HRAPPOEE | 166.07 | 1,328.56 |
| Total: | 304.14 | 1,751.16 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| EHN Dental Services | 50.00 | 100.00 |
| STDPREM6 | 24.96 | 199.68 |
| Cafe | 0.00 | 6.55 |
| Total: | 74.96 | 306.23 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 74.96 | 306.23 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,273.10 | 1,968.96 | 403.92 | 379.10 | 1,490.08 |
| YTD: | 18,384.81 | 16,633.65 | 3,342.61 | 2,057.39 | 12,984.81 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #4331579 | 1,490.08 |
| | |
| Available 0.00 | Available 0.00 | Total: 1,490.08 |


**Einstein** HEALTHCARE NETWORK

Advice Date    Advice No.
04/15/2021     4331579

## NON-NEGOTIABLE

**DIRECT DEPOSIT DISTRIBUTION**

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Checking | xxxx5301 | $1,490.08 |
| Total: | | $1,490.08 |

**To The Account(s) Of**
ALEXIS LOKEY
8523 TEMPLE RD
PHILADELPHIA, PA 19150



| | | | | Pay Group: | Tabor Acute Care | Advice #: | 4314650 |
|---|---|---|---|---|---|---|---|
| | | | | Pay Begin Date: | 2/28/2021 | Advice Date: | 3/18/2021 |
| | | | | Pay End Date: | 3/13/2021 | | |

| Lokey, Alexis | Employee ID: 32311 | TAX DATA: | Marital Status | Exemptions |
|---|---|---|---|---|
| 8523 Temple Rd | Department: 15947 | Federal: | Single | 00006 |
| Philadelphia, PA 19150 | Process Level: 1015 | State: | Single | 00000 |
| | | Addl. Amt.: | | 0.00 |

| HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | ---------- Current ---------- | | ----------- YTD ----------- | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Day | 28.4138 | 60.00 | 1,704.83 | 396.00 | 11,251.85 | Federal Tax Withheld | 104.95 | 629.70 |
| Bereavement | 28.4138 | 8.00 | 227.31 | 8.00 | 227.31 | Soc Sec Tax Withheld | 129.13 | 787.14 |
| Additional Services | | | 0.00 | 0.00 | 200.00 | Medicare Tax Withhld | 30.20 | 184.09 |
| Sick Hrs | | | 0.00 | 24.00 | 681.93 | Pennsylvania Tax | 63.94 | 389.78 |
| PTOReg | 28.4138 | 12.00 | 340.97 | 52.00 | 1,477.52 | PA Unemployment | 1.36 | 8.30 |
| | | | | | | Philadelphia Tax | 88.00 | 535.74 |
| Total: | | 80.00 | 2,273.11 | 480.00 | 13,838.61 | Total: | 417.58 | 2,534.75 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| VBA | 8.56 | 51.36 | STDPREM6 | 24.96 | 149.76 | | | |
| Aetna DMO | 15.85 | 95.10 | | | | | | |
| HRAPPOEE | 166.07 | 996.42 | | | | | | |
| Total: | 190.48 | 1,142.88 | Total: | 24.96 | 149.76 | Total: | 24.96 | 149.76 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,273.11 | 2,082.63 | 417.58 | 215.44 | 1,640.09 |
| YTD: | 13,838.61 | 12,695.73 | 2,534.75 | 1,292.64 | 10,011.22 |

| | | | NET PAY DISTRIBUTION | |
|---|---|---|---|---|
| | | | Advice #4314650 | 1,640.09 |
| Available | 0.00 | Available | 0.00 | Total: | 1,640.09 |



|  |  | Advice Date | Advice No. |
|---|---|---|---|
|  |  | 03/18/2021 | 4314650 |

## NON-NEGOTIABLE

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Acct Type | Acct No | Dep Amount |
| Checking | xxxx5301 | $1,640.09 |
| Total: | | $1,640.09 |

To The Account(s) Of

ALEXIS LOKEY
8523 TEMPLE RD
PHILADELPHIA, PA  19150


**Einstein** HEALTHCARE NETWORK

| | | |
|---|---|---|
| Pay Group: | Tabor Acute Care | Advice #:  4306290 |
| Pay Begin Date: | 2/14/2021 | Advice Date: 3/4/2021 |
| Pay End Date: | 2/27/2021 | |

Lokey, Alexis
8523 Temple Rd
Philadelphia, PA  19150

Employee ID:  32311
Department:  15947
Process Level:  1015

| TAX DATA: | Marital Status | Exemptions |
|---|---|---|
| Federal: | Single | 00006 |
| State: | Single | 00000 |
| Addl. Amt.: | | 0.00 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Day | 28.4138 | 72.00 | 2,045.79 | 336.00 | 9,547.02 |
| Additional Services | | | 0.00 | 0.00 | 200.00 |
| Sick Hrs | | | 0.00 | 24.00 | 681.93 |
| PTOReg | 28.4138 | 8.00 | 227.31 | 40.00 | 1,136.55 |
| Total: | | 80.00 | 2,273.10 | 400.00 | 11,565.50 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax Withheld | 104.95 | 524.75 |
| Soc Sec Tax Withheld | 129.12 | 658.01 |
| Medicare Tax Withhld | 30.20 | 153.89 |
| Pennsylvania Tax | 63.94 | 325.84 |
| PA Unemployment | 1.36 | 6.94 |
| Philadelphia Tax | 88.00 | 447.74 |
| Total: | 417.57 | 2,117.17 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| VBA | 8.56 | 42.80 |
| Aetna DMO | 15.85 | 79.25 |
| HRAPPOEE | 166.07 | 830.35 |
| Total: | 190.48 | 952.40 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| STDPREM6 | 24.96 | 124.80 |
| Total: | 24.96 | 124.80 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Total: | 24.96 | 124.80 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 2,273.10 | 2,082.62 | 417.57 | 215.44 | 1,640.09 |
| YTD: | 11,565.50 | 10,613.10 | 2,117.17 | 1,077.20 | 8,371.13 |

### NET PAY DISTRIBUTION

| | |
|---|---|
| Advice #4306290 | 1,640.09 |
| Available  0.00 | |
| Available  0.00 | |
| Total: | 1,640.09 |

---



Advice Date   Advice No.
03/04/2021    4306290

## NON-NEGOTIABLE

**DIRECT DEPOSIT DISTRIBUTION**

| Acct Type | Acct No | Dep Amount |
|---|---|---|
| Checking | xxxx5301 | $1,640.09 |
| Total: | | $1,640.09 |

**To The Account(s) Of**
ALEXIS LOKEY
8523 TEMPLE RD
PHILADELPHIA, PA  19150