United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11592-amc |
| Alexis S. Lokey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 09, 2021 | Form ID: 160 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis S. Lokey, 8523 Temple Road, Philadelphia, PA 19150-1908 |
| 14613021 | | Allied Interstate, Collection Consultants Division, c/o: Doubleay Book Club, PO Box 9017, Oceanside, NY 11572 |
| 14613027 | + | Capital One Loan, PO Box 4360, Houston, TX 77210-4360 |
| 14613028 | | Chestnut Hill Hospital, PO Box 12939, Philadelphia, PA 19176-0939 |
| 14613029 | | Children's Hospital of Philadelphia, Physician Billing - PB CHOP, Lock Box 8017, PO Box 8500, Philadelphia, PA 19178-8017 |
| 14613035 | + | Commonwealth of Pennsylvania, c/o First Judicial Probation Depart, APPD/OJR/OCC, Room 370, City Hall, Philadelphia, PA 19107-3215 |
| 14613036 | | Dental Solutions - Cheltenham, 2385 Cheltenham Avenue, Philadelphia, PA 19150 |
| 14620828 | | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14613038 | | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 14613039 | | Einstein Dental Medicine, 5501 Old York Road, Paley Bldg. 2nd Floor, Philadelphia, PA 19141-3018 |
| 14613043 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14613046 | | Midland Funding LLC, 1315 Aero Drive, San Diego, CA 92123 |
| 14613051 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14613055 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14613054 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14633628 | + | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14613057 | ++ | PLAIN GREEN LOANS, 93 Mack Road, Suite 600, Box Elder, MT 59521 address filed with court:, Plain Green Loans, Attn: Customer Support, 93 Mack Road Suite 600, PO Box 255, Box Elder, MT 59521 |
| 14613052 | | Pennsylvania Housing Finance Agency, PO Box 13280, Philadelphia, PA 19101-3280 |
| 14613056 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14613059 | + | Santander Consumer Usa, 8585 N Stemmons Fwy, Suite 1000, Dallas, TX 75247-3800 |
| 14613065 | | Tri-County Hospitalists, LLC, PO Box 37803, Baltimore, MD 21297-7803 |
| 14613066 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14613023 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 09 2021 23:37:00 | Americredit, PO Box 183593, Arlington, TX 76096-3593 |
| 14613022 | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2021 10:00:00 | American Infosource LP, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14613032 | Email/Text: megan.harper@phila.gov | Nov 09 2021 23:37:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14613033 | Email/Text: megan.harper@phila.gov | Nov 09 2021 23:37:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14628322 | Email/Text: megan.harper@phila.gov | Nov 09 2021 23:37:00 | Water Revenue Bureau, c/o City of Philadelphia |

Case 21-11592-amc    Doc 36    Filed 11/11/21    Entered 11/12/21 00:32:41    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2021 | Form ID: 160 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14613024 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2021 10:00:00 | Capital One, 4515 North Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613025 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2021 10:00:00 | Capital One Auto Finance, AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613026 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 10 2021 10:00:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14614046 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2021 10:00:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14619827 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 10 2021 10:00:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613030 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2021 10:00:00 | Children's Place, POB 6497, Sioux Falls, SD 57117-6497 |
| 14613031 | + | Email/Text: megan.harper@phila.gov | Nov 09 2021 23:37:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14613034 | | Email/Text: documentfiling@lciinc.com | Nov 09 2021 23:37:00 | Comcast Cable, PO Box 3007, Southeastern, PA 19398-3007 |
| 14613037 | | Email/Text: G06041@att.com | Nov 09 2021 23:37:00 | DIRECTV, PO Box 11732, Newark, NJ 07101-4732 |
| 14613040 | + | Email/Text: bknotice@ercbpo.com | Nov 09 2021 23:37:00 | Enhanced Recovery Corp., PO Box 57547, Jacksonville, FL 32241-7547 |
| 14613041 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Nov 09 2021 23:37:00 | Freedom Credit Union, 10400 Drummond Road, Philadelphia, PA 19154-3895 |
| 14613042 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 09 2021 23:37:00 | GM Financial, PO BOX 181145, Arlington, TX 76096-1145 |
| 14613044 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 10:00:00 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 14618654 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2021 10:00:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14613045 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 09 2021 23:37:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14613047 | | Email/PDF: pa_dc_claims@navient.com | Nov 10 2021 10:00:00 | Navient, Department of Education Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14613048 | + | Email/PDF: pa_dc_ed@navient.com | Nov 10 2021 10:00:00 | Navient - Department of Education, PO Box 740351, Atlanta, GA 30374-0351 |
| 14619542 | | Email/PDF: pa_dc_claims@navient.com | Nov 10 2021 10:00:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14613049 | + | Email/Text: blegal@phfa.org | Nov 09 2021 23:37:00 | PA Housing Finance Agency, 211 N Front Street, Harrisburg, PA 17101-1406 |
| 14616326 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 09 2021 23:37:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14613053 | | Email/Text: blegal@phfa.org | Nov 09 2021 23:37:00 | Pennsylvania Housing Finance Agency, PO Box 8029, Harrisburg, PA 17110-1086 |
| 14622723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 10 2021 10:00:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14613050 | + | Email/Text: bankruptcygroup@peco-energy.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 09 2021 23:37:00 | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14613060 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Nov 10 2021 10:00:00 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 14613061 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14613062 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 10 2021 10:00:00 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14613063 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 10 2021 10:00:00 | T-Mobile, P.O. Box 742596, Cincinnati, OH 45274-2596 |
| 14614537 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 10 2021 10:00:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14613064 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 09 2021 23:37:00 | Transworld Systems, PO Box 17205, Wilmington, DE 19850-7205 |
| 14613067 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 09 2021 23:37:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14613068 | | Email/Text: megan.harper@phila.gov | Nov 09 2021 23:37:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613058 | ##+ | Porania LLC, PO Box 11405, Memphis, TN 38111-0405 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| MICHAEL D. SAYLES | on behalf of Debtor Alexis S. Lokey midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2021 | Form ID: 160 | Total Noticed: 58 |

on behalf of Creditor PHFA bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Alexis S. Lokey
    Debtor(s)

Case No: 21−11592−amc

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

on: 1/5/22

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 11/9/21

For The Court

Timothy B. McGrath
Clerk of Court

35
Form 160