# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alexis S. Lokey <br>                   Debtor(s) <br><br> U.S. Bank National Association, its successors and/or assigns <br>                   Movant <br>       vs. <br><br> Alexis S. Lokey <br>                   Debtor(s) <br><br> Scott F. Waterman <br>                   Trustee | CHAPTER 13 <br><br> NO. 21-11592 AMC <br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief from Stay of U.S. Bank National Association, which was filed with the Court on or about **January 28, 2022**, Document Number 48.

                                                  Respectfully submitted,

                                                  /s/ Rebecca A. Solarz, Esq.

                                                  Rebecca A. Solarz, Esquire
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  Phone: (215)-627-1322

Dated: 3/3/2022