# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alexis S. Lokey<br>    Debtor(s)<br><br>U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency)<br>    Movant<br>  vs.<br><br>Alexis S. Lokey<br>    Debtor(s)<br><br>Scott F. Waterman<br>    Trustee | CHAPTER 13<br><br><br>NO. 21-11592 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency), which was filed with the Court on or about **October 6, 2021 (Doc. No. 27)**.

                  Respectfully submitted,


                  /s/ Rebecca A. Solarz, Esq.
                  _____

                  Rebecca A. Solarz, Esquire
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA  19106
                  Phone: (215)-627-1322


Dated: March 8, 2022