United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11592-amc |
| Alexis S. Lokey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 09, 2022 | Form ID: 155 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis S. Lokey, 8523 Temple Road, Philadelphia, PA 19150-1908 |
| 14613021 | | Allied Interstate, Collection Consultants Division, c/o: Doubleay Book Club, PO Box 9017, Oceanside, NY 11572 |
| 14613027 | + | Capital One Loan, PO Box 4360, Houston, TX 77210-4360 |
| 14613028 | | Chestnut Hill Hospital, PO Box 12939, Philadelphia, PA 19176-0939 |
| 14613029 | | Children's Hospital of Philadelphia, Physician Billing - PB CHOP, Lock Box 8017, PO Box 8500, Philadelphia, PA 19178-8017 |
| 14613035 | + | Commonwealth of Pennsylvania, c/o First Judicial Probation Depart, APPD/OJR/OCC, Room 370, City Hall, Philadelphia, PA 19107-3215 |
| 14613036 | | Dental Solutions - Cheltenham, 2385 Cheltenham Avenue, Philadelphia, PA 19150 |
| 14613039 | | Einstein Dental Medicine, 5501 Old York Road, Paley Bldg. 2nd Floor, Philadelphia, PA 19141-3018 |
| 14613043 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14613046 | | Midland Funding LLC, 1315 Aero Drive, San Diego, CA 92123 |
| 14613047 | | Navient, Department of Education Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14613051 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14613055 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14613054 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14633628 | + | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14613057 | ++ | PLAIN GREEN LOANS, 93 Mack Road, Suite 600, Box Elder, MT 59521 address filed with court:, Plain Green Loans, Attn: Customer Support, 93 Mack Road Suite 600, PO Box 255, Box Elder, MT 59521 |
| 14613052 | | Pennsylvania Housing Finance Agency, PO Box 13280, Philadelphia, PA 19101-3280 |
| 14613056 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14613065 | | Tri-County Hospitalists, LLC, PO Box 37803, Baltimore, MD 21297-7803 |
| 14613066 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14613023 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 09 2022 23:55:00 | Americredit, PO Box 183593, Arlington, TX 76096-3593 |
| 14613022 | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 00:02:01 | American Infosource LP, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14613032 | Email/Text: megan.harper@phila.gov | Mar 09 2022 23:55:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14613033 | Email/Text: megan.harper@phila.gov | Mar 09 2022 23:55:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14628322 | Email/Text: megan.harper@phila.gov | Mar 09 2022 23:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

Case 21-11592-amc   Doc 64   Filed 03/11/22   Entered 03/12/22 00:40:22   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: 155 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14613024 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 00:02:07 | Capital One, 4515 North Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613025 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2022 00:02:11 | Capital One Auto Finance, AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613026 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 10 2022 00:02:01 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14614046 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2022 00:02:01 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14619827 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 10 2022 00:02:06 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613030 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2022 00:02:01 | Children's Place, POB 6497, Sioux Falls, SD 57117-6497 |
| 14613031 | + | Email/Text: megan.harper@phila.gov | Mar 09 2022 23:55:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14613034 | | Email/Text: documentfiling@lciinc.com | Mar 09 2022 23:55:00 | Comcast Cable, PO Box 3007, Southeastern, PA 19398-3007 |
| 14613037 | | Email/Text: G06041@att.com | Mar 09 2022 23:55:00 | DIRECTV, PO Box 11732, Newark, NJ 07101-4732 |
| 14620828 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 09 2022 23:55:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14613038 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 09 2022 23:55:00 | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 14613040 | + | Email/Text: bknotice@ercbpo.com | Mar 09 2022 23:55:00 | Enhanced Recovery Corp., PO Box 57547, Jacksonville, FL 32241-7547 |
| 14613041 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Mar 09 2022 23:55:00 | Freedom Credit Union, 10400 Drummond Road, Philadelphia, PA 19154-3895 |
| 14613042 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 09 2022 23:55:00 | GM Financial, PO BOX 181145, Arlington, TX 76096-1145 |
| 14613044 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 00:02:11 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 14618654 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 00:02:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14613045 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2022 23:55:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14613048 | + | Email/PDF: pa_dc_ed@navient.com | Mar 10 2022 00:02:06 | Navient - Department of Education, PO Box 740351, Atlanta, GA 30374-0351 |
| 14619542 | | Email/PDF: pa_dc_ed@navient.com | Mar 10 2022 00:02:06 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14613049 | + | Email/Text: blegal@phfa.org | Mar 09 2022 23:55:00 | PA Housing Finance Agency, 211 N Front Street, Harrisburg, PA 17101-1406 |
| 14616326 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 09 2022 23:55:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14613053 | | Email/Text: blegal@phfa.org | Mar 09 2022 23:55:00 | Pennsylvania Housing Finance Agency, PO Box 8029, Harrisburg, PA 17110-1086 |
| 14652934 | + | Email/Text: blegal@phfa.org | Mar 09 2022 23:55:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |

Case 21-11592-amc   Doc 64   Filed 03/11/22   Entered 03/12/22 00:40:22   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: 155 | Total Noticed: 59 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14622723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2022 00:02:01 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14613050 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 09 2022 23:55:00 | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14613060 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Mar 10 2022 00:02:06 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 14613059 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 09 2022 23:55:00 | Santander Consumer Usa, 8585 N Stemmons Fwy, Suite 1000, Dallas, TX 75247-3800 |
| 14613061 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 00:02:01 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14613062 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2022 00:02:11 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14613063 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Mar 10 2022 00:02:01 | T-Mobile, P.O. Box 742596, Cincinnati, OH 45274-2596 |
| 14614537 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 00:02:01 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14613064 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 09 2022 23:55:00 | Transworld Systems, PO Box 17205, Wilmington, DE 19850-7205 |
| 14613067 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 09 2022 23:55:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14613068 | | Email/Text: megan.harper@phila.gov | Mar 09 2022 23:55:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14613058 | ##+ | Porania LLC, PO Box 11405, Memphis, TN 38111-0405 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:

**Name**     **Email Address**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2022 | Form ID: 155 | Total Noticed: 59 |

ANN E. SWARTZ
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com ecfmail@ecf.courtdrive.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com

MICHAEL D. SAYLES
    on behalf of Debtor Alexis S. Lokey midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor PHFA bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Alexis S. Lokey
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−11592−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 9th of March 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Ashely M. Chan
                                            Judge ,
                                            United States Bankruptcy Court

                                                                                                       63 − 11
                                                                                                       Form 155