Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 21-11592-AMC**

Alexis S Lokey  
8523 Temple Road  
Philadelphia  PA    19150

Petition Filed Date: 06/03/2021  
341 Hearing Date: 09/29/2021  
Confirmation Date: 03/09/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/25/2021 | $600.00 | 2111592-A. Lo( | 09/21/2021 | $400.00 | 26394486344 | 11/09/2021 | $300.00 | 27389363128 |
| 11/22/2021 | $400.00 | | 12/20/2021 | $400.00 | | 01/20/2022 | $400.00 | |
| 02/22/2022 | $250.00 | | 03/08/2022 | $250.00 | | 03/21/2022 | $257.00 | |
| 04/12/2022 | $257.00 | | 04/29/2022 | $245.00 | | 05/06/2022 | $245.00 | |
| 05/20/2022 | $226.15 | | 06/06/2022 | $226.15 | | 06/17/2022 | $226.15 | |
| 07/01/2022 | $226.15 | | | | | | | |

**Total Receipts for the Period: $4,908.60    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,908.60**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP <br>»» 001 | Unsecured Creditors | $5,171.34 | $0.00 | $5,171.34 |
| 2 | PECO ENERGY COMPANY <br>»» 002 | Unsecured Creditors | $4,847.61 | $0.00 | $4,847.61 |
| 3 | LVNV FUNDING LLC <br>»» 003 | Unsecured Creditors | $609.99 | $0.00 | $609.99 |
| 4 | DEPARTMENT OF EDUCATION LOAN SERVICES <br>»» 004 | Unsecured Creditors | $60,755.40 | $0.00 | $60,755.40 |
| 5 | CAPITAL ONE AUTO FINANCE <br>»» 05S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE AUTO FINANCE <br>»» 05U | Unsecured Creditors | $17,936.98 | $0.00 | $17,936.98 |
| 7 | EDUCATIONAL CREDIT MGMT CORP <br>»» 006 | Unsecured Creditors | $36,494.13 | $0.00 | $36,494.13 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES <br>»» 007 | Unsecured Creditors | $293.97 | $0.00 | $293.97 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES <br>»» 008 | Unsecured Creditors | $499.95 | $0.00 | $499.95 |
| 10 | CITY OF PHILADELPHIA (LD) <br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL D SAYLES  ESQ | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 11 | PHFA <br>»» 010 | Mortgage Arrears | $22,155.81 | $1,245.92 | $20,909.89 |

**Chapter 13 Case No. 21-11592-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,908.60 | Current Monthly Payment: | $490.00 |
| Paid to Claims: | $4,495.92 | Arrearages: | $781.40 |
| Paid to Trustee: | $412.68 | Total Plan Base: | $28,230.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.