UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Alexis Lokey** : CHAPTER 13
:
:
DEBTOR : BANKRUPTCY NO. **21-11592**

# PRAECIPE TO ADD
# MAILING ADDRESS OF DEBTOR

To the Clerk, United States Bankruptcy Court:

Kindly list the above-named Debtor's mailing address as:

**8200 Henry Avenue, Apt A29, Philadelphia, PA 19128**, for the record.

Respectfully Submitted,

By: \s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue
Elkins Park, PA  19027
215.635.2270
midusa1@comcast.net

Date: **November 29, 2022**