UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Alexis Lokey**              :        CHAPTER: 13
                                     :
                                     :
DEBTOR                               :        BANKRUPTCY NO.: **21-11592\AMC**

PRAECIPE OF DEBTOR TO WITHDRAW
MOTION TO MODIFY PLAN

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **DEBTOR'S OF MOTION TO MODIFY PLAN POST CONFIRMATION**, for the record.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: December 14, 2022