United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11592-amc |
| Alexis S. Lokey | Chapter 13 |
| Alexis S. Lokey | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 61 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | #+ | Alexis S. Lokey, Alexis S. Lokey, 8523 Temple Road, Philadelphia, PA 19150-1908 |
| 14613021 | | Allied Interstate, Collection Consultants Division, c/o: Doubleay Book Club, PO Box 9017, Oceanside, NY 11572 |
| 14613027 | + | Capital One Loan, PO Box 4360, Houston, TX 77210-4360 |
| 14613028 | | Chestnut Hill Hospital, PO Box 12939, Philadelphia, PA 19176-0939 |
| 14613029 | | Children's Hospital of Philadelphia, Physician Billing - PB CHOP, Lock Box 8017, PO Box 8500, Philadelphia, PA 19178-8017 |
| 14613035 | + | Commonwealth of Pennsylvania, c/o First Judicial Probation Depart, APPD/OJR/OCC, Room 370, City Hall, Philadelphia, PA 19107-3215 |
| 14613036 | | Dental Solutions - Cheltenham, 2385 Cheltenham Avenue, Philadelphia, PA 19150 |
| 14613039 | | Einstein Dental Medicine, 5501 Old York Road, Paley Bldg. 2nd Floor, Philadelphia, PA 19141-3018 |
| 14613043 | | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14613046 | | Midland Funding LLC, 1315 Aero Drive, San Diego, CA 92123 |
| 14613051 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14613055 | | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14613054 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14613057 | ++ | PLAIN GREEN LOANS, 93 Mack Road, Suite 600, Box Elder, MT 59521 address filed with court:, Plain Green Loans, Attn: Customer Support, 93 Mack Road Suite 600, PO Box 255, Box Elder, MT 59521 |
| 14613052 | | Pennsylvania Housing Finance Agency, PO Box 13280, Philadelphia, PA 19101-3280 |
| 14613056 | | Philadelphia Gas Works, PO Box 11700, Newark, NJ 07101-4700 |
| 14613065 | | Tri-County Hospitalists, LLC, PO Box 37803, Baltimore, MD 21297-7803 |
| 14613066 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2022 00:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14613023 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 16 2022 00:27:00 | Americredit, PO Box 183593, Arlington, TX 76096-3593 |
| 14613022 | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 00:28:10 | American Infosource LP, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14613032 | Email/Text: megan.harper@phila.gov | | |

Case 21-11592-amc    Doc 86    Filed 12/17/22    Entered 12/18/22 00:32:26    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 16 2022 00:27:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14613033 | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14628322 | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14613024 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 00:28:17 | Capital One, 4515 North Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613025 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2022 00:28:09 | Capital One Auto Finance, AIS Portfolio Services, LP, 4515 North Santa Fe Avenue, Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613026 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 16 2022 00:28:17 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 14614046 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2022 00:28:16 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14619827 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2022 00:28:16 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613030 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2022 00:28:24 | Children's Place, POB 6497, Sioux Falls, SD 57117-6497 |
| 14613031 | + | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14613034 | | Email/Text: documentfiling@lciinc.com | Dec 16 2022 00:27:00 | Comcast Cable, PO Box 3007, Southeastern, PA 19398-3007 |
| 14613037 | | Email/Text: G06041@att.com | Dec 16 2022 00:27:00 | DIRECTV, PO Box 11732, Newark, NJ 07101-4732 |
| 14620828 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 16 2022 00:27:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14613038 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 16 2022 00:27:00 | Educational Credit Management Corp., PO Box 16408, Saint Paul, MN 55116-0408 |
| 14613040 | + | Email/Text: bknotice@ercbpo.com | Dec 16 2022 00:27:00 | Enhanced Recovery Corp., PO Box 57547, Jacksonville, FL 32241-7547 |
| 14613041 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Dec 16 2022 00:27:00 | Freedom Credit Union, 10400 Drummond Road, Philadelphia, PA 19154-3895 |
| 14613042 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 16 2022 00:27:00 | GM Financial, PO BOX 181145, Arlington, TX 76096-1145 |
| 14613044 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:11 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 14618654 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14613045 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 16 2022 00:27:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14613047 | | Email/PDF: pa_dc_ed@navient.com | Dec 16 2022 00:28:16 | Navient, Department of Education Loan Servicing, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 14613048 | + | Email/PDF: pa_dc_ed@navient.com | Dec 16 2022 00:28:22 | Navient - Department of Education, PO Box 740351, Atlanta, GA 30374-0351 |
| 14619542 | | Email/PDF: pa_dc_ed@navient.com | | |

Case 21-11592-amc  Doc 86  Filed 12/17/22  Entered 12/18/22 00:32:26  Desc Imaged
Certificate of Notice    Page 3 of 5

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 16 2022 00:28:22 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14613049 | + | Email/Text: blegal@phfa.org | Dec 16 2022 00:27:00 | PA Housing Finance Agency, 211 N Front Street, Harrisburg, PA 17101-1406 |
| 14616326 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 16 2022 00:27:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14613053 | | Email/Text: blegal@phfa.org | Dec 16 2022 00:27:00 | Pennsylvania Housing Finance Agency, PO Box 8029, Harrisburg, PA 17110-1086 |
| 14652934 | + | Email/Text: blegal@phfa.org | Dec 16 2022 00:27:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14633628 | ^ | MEBN | Dec 16 2022 00:22:29 | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14622723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2022 00:28:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14613050 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 16 2022 00:27:00 | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14613060 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Dec 16 2022 00:28:09 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 14613059 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 16 2022 00:27:00 | Santander Consumer Usa, 8585 N Stemmons Fwy, Suite 1000, Dallas, TX 75247-3800 |
| 14613061 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 00:28:22 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14613062 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 16 2022 00:28:16 | Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14613063 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Dec 16 2022 00:28:21 | T-Mobile, P.O. Box 742596, Cincinnati, OH 45274-2596 |
| 14614537 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2022 00:28:17 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14613064 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 16 2022 00:27:00 | Transworld Systems, PO Box 17205, Wilmington, DE 19850-7205 |
| 14613067 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 16 2022 00:27:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14613068 | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14613058 | ##+ | Porania LLC, PO Box 11405, Memphis, TN 38111-0405 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 15, 2022 | Form ID: pdf900 | Total Noticed: 61 |

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

**Name**     **Email Address**

ANN E. SWARTZ
　　on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
　　on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
　　on behalf of Creditor PHFA bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JASON BRETT SCHWARTZ
　　on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

LEON P. HALLER
　　on behalf of Creditor PHFA lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL D. SAYLES
　　on behalf of Debtor Alexis S. Lokey midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

SCOTT F. WATERMAN (Chapter 13)
　　on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
　　ECFMail@ReadingCh13.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Alexis S Lokey

Chapter 13

Bankruptcy No. 21-11592-AMC

    Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 14, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE